UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTOPHER FORET | * | CIVIL ACTION NO. 20-467 |
| Plaintiff | * | |
| | * | JUDGE: Susie Morgan |
| VERSUS | * | |
| | * | |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., a/k/a WASTE CONNECTIONS BAYOU, INC., JOHN DOE AND ACE AMERICAN INSURANCE COMPANY | * | MAGISTRATE: Dana Douglas |
| Defendants | * | |

___

**OPPOSITION TO PLAINTIFF'S MOTION TO LIFT STAY**
___

**NOW INTO COURT**, through undersigned counsel, come Defendants Waste Connections Bayou, Inc., f/k/a Progressive Waste Solutions of LA, Inc. ("Waste Connections"), and ACE American Insurance Company ("ACE"), who submit this *Opposition* in response to *Plaintiff's Motion to Lift Stay* (Rec. Doc. 54) filed by Plaintiff, Christopher Foret.

The basic threshold required by this Court to lift the Stay Order, i.e. a demonstration by any party that the criminal investigation has concluded, has not been met. Additionally, the six considerations that this Court addressed in determining that a stay was warranted initially have not changed. Therefore, *Plaintiff's Motion to Lift Stay* should be denied and the stay should continue until the criminal investigation into Plaintiff, the alleged witness, and/or Plaintiff's counsel has concluded.

**I.    FACTUAL AND PROCEDURAL BACKGROUND**

This litigation arises from an alleged automobile accident that occurred on or about November 23, 2018 in which Plaintiff, Christopher Foret ("Plaintiff") alleges to have been

1