UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTOPHER FORET** | * | **CIVIL ACTION NO. 20-467** |
| | * | |
| **Plaintiff** | * | |
| | * | **JUDGE: Susie Morgan** |
| **VERSUS** | * | |
| | * | |
| **PROGRESSIVE WASTE SOLUTIONS** | * | **Magistate:**_____ |
| **OF LA, INC., a/k/a WASTE CONNECTIONS** | * | |
| **BAYOU, INC., JOHN DOE AND ACE** | * | |
| **AMERICAN INSURANCE COMPANY** | * | |
| | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Plaintiff, Christopher Foret, submit this written request for oral argument on Plaintiff's Motion to Lift Stay (Rec. Doc. 54 and Rec. Doc. 56). Statements were made by defendants that are patently false misleading this court. Plaintiffs request that this matter be set for hearing and that the parties be afforded the opportunity to present oral arguments and respond to questioning by this Honorable Court.

Respectfully submitted:

　　/s/ Vanessa Motta_____
**VANESSA MOTTA (#36915)**
*Motta Law, LLC*
3632 Canal Street
New Orleans, LA 70119
PH: (504) 670-9490
Fax: (504) 513-3122
Vanessa@mottalaw.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been filed using the Court's CM/ECF system, which will send notice to all counsel of record in this matter. Notice to all other parties will be submitted by e-mail, facsimile, and or U.S. Mail postage pre-paid on this 13th day of June, 2023.

　　　　　　/s/ Vanessa Motta_____
　　　　　　VANESSA MOTTA