UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER FORET,**<br>     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-467** |
| **PROGRESSIVE WASTE SOLUTIONS**<br>**OF LA., INC., ET AL.,**<br>     **Defendants** | **SECTION: "E" (3)** |

## ORDER

Plaintiff Christopher Foret has filed a motion to lift the stay in this matter.[1] Defendants ACE American Insurance Co., James River Insurance Co., and Waste Connections Bayou, Inc. filed an opposition.[2] The Court held oral argument on July 18, 2023.

**IT IS ORDERED** that the motion is **GRANTED**. The stay in this matter is lifted and this case is reopened. The Court's case manager will contact the parties to set a Scheduling Conference.

**New Orleans, Louisiana, this 18th day of July, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 54.
[2] R. Doc. 56.

1